**Electronically Filed
Supreme Court
SCOT-21-0000041
04-MAR-2022
04:08 PM
Dkt. 201 OCOR**

SCOT-21-0000041

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the Application of

MAUI ELECTRIC COMPANY, LIMITED

For Approval of Power Purchase Agreement for Renewable
Dispatchable Generation with Paeahu Solar LLC.

APPEAL FROM THE PUBLIC UTILITIES COMMISSION
(Agency Docket No. 2018-0433)

<u>ORDER OF CORRECTION</u>
(By: Wilson, J.)

IT IS HEREBY ORDERED that the Dissenting Opinion filed on March 2, 2022, is corrected as follows:

On Page 1, the title of the opinion "DISSENTING OPINION BY WILSON, J." is corrected to read "CONCURRING AND DISSENTING OPINION BY WILSON, J."

On Page 2, Line 10 the sentence "Accordingly, I respectfully dissent and would remand for PUC to determine whether a reasonable allegation of harm was made." is corrected to read "Accordingly, I respectfully dissent to the Majority's affirmance of the PUC's approval of the power purchase agreement

and would remand for the PUC to determine whether a reasonable allegation of harm was raised.  I concur in all other respects with the Majority decision, including the recognition of the right to a life-sustaining climate system."

On Page 12, Line 5 the word "about" is corrected to read "addressing".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, March 4, 2022.

/s/ Michael D. Wilson

Associate Justice